CLOSED

# U.S. District Court
## District of Kansas (Topeka)
## CIVIL DOCKET FOR CASE #: 5:07-cv-04034-JAR-KGS
### Internal Use Only

| | |
|---|---|
| Getz v. LG Philips LCD Company LTD et al | Date Filed: 03/09/2007 |
| Assigned to: District Judge Julie A. Robinson | Date Terminated: 06/11/2007 |
| Referred to: Magistrate Judge K. Gary Sebelius | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question: Anti-trust | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**R Rex Getz**          represented by  **Rodney C. Olsen**
*and all others similarly situated*                    Morrison, Frost, Olsen & Irvine, LLP
                                                       323 Poyntz-Ste. 204
                                                       Manhattan, KS 66502-6003
                                                       785-776-9208
                                                       Fax: 785-776-9212
                                                       Email: olsen@mfoilaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company LTD**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**LG Electronics Inc.**

**Defendant**

**Royal Philips Electronics NV**

**Defendant**

**Samsung Electronics Co., Ltd.**

**Defendant**

**Samsung Semiconductor, Inc.**

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba Matsushita Display Technology Co., Ltd.**

**Defendant**

**Hitachi Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America Ltd.**

**Defendant**

**Hitachi Electronic Devices (USA), Inc.**

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

**Defendant**

**NEC Corporation**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**IDT International Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**International Display Technology USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd.**

**Defendant**

**Hannstar Display Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2007 | 1 | COMPLAINT (Summons Issued) with trial location of Topeka, filed by R Rex Getz.(sal) (Entered: 03/12/2007) |
| 03/09/2007 |  | FILING FEE PAID: in the amount of $ 350.00, receipt number T4631001240 (sal) (Entered: 03/12/2007) |
| 06/11/2007 | 2 | CONDITIONAL TRANSFER ORDER transferring case to Northern District of Cailifornia (MDL 07-1827)(mb) (Entered: 06/12/2007) |